# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY LEE HOBSON,
                          Appellant,
                  vs.
THE STATE OF NEVADA,
                          Respondent.

No. 76248

**FILED**

JUL 2 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal "from Nevada Supreme Court ruling and all other appealable rulings rendered in this case." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. It appears that appellant is seeking to appeal from this court's order affirming in part and reversing in part his appeal in Docket No. 71419. No statute or court rule permits an appeal from that order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
        Pickering

_____, J.
        Gibbons

_____, J.
        Hardesty

18-29038

cc:   Hon. William D. Kephart, District Judge
      Tony Lee Hobson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A